An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ZACHARY BARKER COUGHLIN,
Appellant,
vs.
CITY OF RENO, A MUNICIPAL
CORPORATION,
Respondent.

No. 63968

**FILED**

JUL 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying in part a petition for a writ of mandamus.[1] Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

_____

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

Appellant filed a document labeled "petition for extraordinary writ," however, the petition did not identify which writ was sought. Consistent with the relief requested and because the denial of a petition for a writ of mandamus is an appealable decision, we construe appellant's petition to be a petition for a writ of mandamus. *See* NRS 34.160. We note that the district court granted appellant's request to waive the e-flex filing fees and at the hearing determined that appellant had received previously requested transcripts.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23842

Based upon our review of the record on appeal, we conclude that the district court did not abuse its discretion in denying appellant's July 31, 2013, petition. *See* NRS 34.160; NRS 34.170. Accordingly, we ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Lidia Stiglich, District Judge
    Zachary Barker Coughlin
    Reno City Attorney
    Washoe District Court Clerk

_____

[2]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.